MORGAN, LEWIS & BOCKIUS LLP
Timothy B. DeSieno
399 Park Avenue
New York, NY 10022-4689
Telephone:    (212) 705-7426
Facsimile:    (212) 508-1458

    - and -

Ainsley G. Moloney
One Federal Street
Boston, MA 02110-1726
Telephone:    (617) 951-8873
Facsimile:    (617) 951-8736

*Attorneys for the Ad-Hoc Group of U.S. Noteholders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 15 |
| OAS S.A., *et al.*[1] | : Bankr. No. 15-10937 (SMB) |
| Debtors in Foreign Proceedings. | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE that** Morgan, Lewis & Bockius LLP hereby appears as counsel for an Ad-Hoc Group of U.S. Noteholders (the "Ad-Hoc Group"), creditors and parties-in-interest in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002 and 9010 (the "Bankruptcy Rules") it is hereby requested that all notices given or required to be

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification or corporate registry number, are: OAS S.A. (01-05), Construtora OAS S.A. (01-08), OAS Investments GmbH (4557), and OAS Finance Limited (6299).

given and all papers served or required to be served in this case be given to and served on the following:

> Timothy B. DeSieno
> Morgan, Lewis & Bockius LLP
> 399 Park Avenue
> New York, NY 10022-4689
> Telephone:   (212) 705-7426
> Facsimile:    (212) 508-1458
> tim.desieno@morganlewis.com
>
> - and –
>
> Ainsley G. Moloney
> Morgan, Lewis & Bockius LLP
> One Federal Street
> Boston, MA 02110-1726
> Telephone:   (617) 951-8873
> Facsimile:    (617) 951-8736
> ainsley.moloney@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including the members of the Ad-Hoc Group, with respect to (a) the Debtor, (b) property of the Debtor's estate, or proceeds thereof, in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that neither this entry of appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Ad-Hoc Group's rights (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (ii) to a trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to have documents served in accordance with Federal Rule of Bankruptcy Procedures 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs, or recoupments, under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 16, 2015
New York, New York

**MORGAN, LEWIS & BOCKIUS LLP**

By:  /s/ Timothy B. DeSieno

Timothy B. DeSieno
399 Park Avenue
New York, NY 10022-4689
Telephone:    (212) 705-7426
Facsimile:     (212) 508-1458

- and -

Ainsley G. Moloney
One Federal Street
Boston, MA 02110-1726
Telephone:    (617) 951-8873
Facsimile:     (617) 951-8736

*Attorneys for the Ad-Hoc Group of U.S. Noteholders*