

1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**ALLAN S. BRILLIANT**

allan.brilliant @dechert.com
+1 212 698 3600  Direct
+1 212 698 0612  Fax

May 4, 2015

**VIA HAND DELIVERY**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 723
New York, NY  10004-1408

Re:  Discovery Conference Request; In re OAS S.A., et al., Case No. 15-10937 (SMB)

Dear Judge Bernstein:

We are counsel to Aurelius Capital Management, LP on behalf of entities it manages, including
Aurelius Investment, LLC and Huxley Capital Corporation (collectively, "Aurelius") and Alden
Global Capital LLC on behalf of entities it manages, including Alden Global Adfero BPI Fund,
Ltd., Alden Global Opportunities Master Fund, L.P., Alden Global Value Recovery Master Fund,
L.P., and Turnpike Limited (collectively, "Alden"), as holders or managers of entities that hold
beneficial interests in certain notes issued and/or guaranteed by OAS S.A. and certain of its
subsidiaries ("OAS").

We write pursuant to Local Rule 7007-1 to request until May 7, 2015 at 9am to substantively
respond to the letter of OAS's litigation counsel, Quinn Emanuel, dated today.  We have sought
the agreement of Quinn Emanuel to this brief response period and they have declined, saying that
they would not agree to a response period after May 6 at 6pm.

I am traveling on business at the moment but we are available for the Local Rule 7007-1(b)
conference in the afternoon of May 7th, the afternoon of May 8th, or as directed by the Court.

Sincerely,

Allan S. Brilliant

ASM

US  Austin  Boston  Charlotte  Hartford  Los Angeles  New York  Orange County  Philadelphia  Princeton  San Francisco  Silicon Valley
Washington DC    EUROPE  Brussels  Dublin  Frankfurt  London  Luxembourg  Moscow  Munich  Paris    ASIA  Beijing  Hong Kong