**Morgan Lewis**

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. +1.212.309.6000
Fax: +1.212.309.6001
www.morganlewis.com

**Timothy B. DeSieno**
+1.212.309.6600
tim.desieno@morganlewis.com

May 12, 2015

**BY ECF AND HAND DELIVERY**

Honorable Stuart M. Bernstein
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:    In re: OAS S.A., *et al.*, Case No. 15-10937 (SMB)

Dear Judge Bernstein:

We are counsel to the Ad-Hoc Group of U.S. Noteholders in the above-referenced case. We write to request an extension of time for the Ad Hoc Group to file a response to the Debtors' *Verified Petition for Recognition of Brazilian Bankruptcy Proceedings and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 1515, 1517, 1520 and 1521* [Dkt. No. 3] to 8 p.m. on Friday, May 15, 2015. The Debtors have consented to this request.

Respectfully submitted,

Timothy B. DeSieno

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Tokyo  Washington  Wilmington