**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x
                                                            :
In re:                                                      :    Chapter 15
                                                            :
OAS S.A., *et al.*,[1]                                      :    Case No. 15-10937 (SMB)
                                                            :
    Alleged Debtors in Foreign Proceedings.       :    Joint Administration Requested
                                                            :
----------------------------------------------------------- x

**ORDER AUTHORIZING ALDEN AND AURELIUS**
**TO FILE UNDER SEAL PORTIONS OF THEIR**
**<u>OBJECTION TO PETITION FOR RECOGNITION</u>**

Upon the motion (the "<u>Motion</u>")[2] of Aurelius and Alden, as holders or managers of entities that hold beneficial interests in certain Notes, for entry of an order authorizing Alden and Aurelius to file under seal portions of the *Objection of Alden and Aurelius to Petition for Recognition* (the "<u>Objection</u>") and the *Declaration of Benjamin M. Rose in Support of Objection of Alden and Aurelius to Petition for Recognition* (the "<u>Rose Declaration</u>"); and it appearing that (i) the relief requested in the Motion is appropriate, (ii) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (iii) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (v) notice of the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore; it is hereby **ORDERED** that:

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification or corporate registry number, are: OAS S.A. (01-05), Construtora OAS S.A. (01-08), OAS Investments GmbH (4557), and OAS Finance Limited (6299).

[2] Each capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

21060061

1. The Motion is GRANTED **to the extent indicated** ~~as set forth~~ herein.**[SMB: 5/15/15]**

2. Alden and Aurelius are authorized to file under seal the unredacted Objection and Rose Declaration, and to file the redacted Objection on the docket **and are directed to deliver copies of both to chambers.[SMB: 5/15/15]**

3. All documents or portions thereof filed under seal pursuant to this Order shall remain under seal and shall not be made available to anyone, except as specifically provided in this Order, without the consent of Alden and Aurelius or further order of this Court.

4. **Alden and Aurelius shall take the necessary steps to unseal or dispose of the Confidential Information,** ~~The Confidential Information will be unsealed, or disposed of~~, at the conclusion of the above-captioned cases. **[SMB: 5/15/15]**

5. Alden and Aurelius are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Order is without prejudice to the rights of any party-in-interest or the Office of the U.S. Trustee to seek to make public any portion of the documents filed under seal pursuant to this Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: May 15th, 2015
New York, New York

**/s/ STUART M. BERNSTEIN**
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE