**WHITE & CASE**

May 18, 2021

VIA E-MAIL, HAND DELIVERY & ECF

Hon. David S. Jones
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004-5660
Room 501

White & Case LLP
Southeast Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131-2352
**T** +1 305 371 2700

**whitecase.com**

**Re: *In re OAS S.A., et al.*, No. 15-10937 (DSJ) (Bankr. S.D.N.Y.)**
**(the "*Chapter 15 Cases*") – Status Update**

Dear Judge Jones:

White & Case writes in response to the Court's *Order Directing Submission of Status Report* [ECF No. 180] entered on the docket of the Chapter 15 Cases on April 27, 2021 (the "***Status Order***").  The Status Order directs counsel to the Debtors to file a letter explaining (a) the status of the case; (b) what if any further steps are required to bring the case to the promptest and most efficient resolution as possible; and (c) whether any party requests a status conference at this time.  In addition, to the extent practicable, the Status Order directs counsel to the Debtors to communicate with counsel for other known parties in interest before submitting a response letter, and to convey other parties' positions as to the foregoing if known.

As the Court is aware, the OAS Group[1] successfully obtained approval of its Brazilian Reorganization Plan on December 17, 2015, and the Brazilian Bankruptcy Court entered an order confirming the Brazilian Reorganization Plan on January 26, 2016.  Thereafter, this Court granted certain relief in support of the confirmed Brazilian Reorganization Plan pursuant to the *Order Granting Relief Pursuant to 11 U.S.C. §§ 105(a), 1507(a), 1521(a) and 1525(a) in Aid of Foreign Proceedings and Confirmed Brazilian Reorganization Plan* [ECF No. 170] entered on the docket of the Chapter 15 Cases on October 5, 2018 (the "***October 5 Order***").

Following the Court's entry of the October 5 Order, Mr. Josedir Barreto, who serves on the management of the Debtors and is currently the foreign representative of the Brazilian Bankruptcy Proceedings, submitted the *Disclosure Pursuant to 11 U.S.C. § 1518 Regarding the Occurrence of the Closing Date Under the Brazilian Reorganization Plan* [ECF No. 176] (the "***Closing Date Notice***") on June 4, 2019 to inform this Court that the Closing Date (as defined in the Closing Date Notice) under the Brazilian Reorganization Plan has occurred and that the Brazilian Reorganization Plan has been substantially consummated.

Mr. Barreto stated in the Closing Date Notice that, following dismissal of the competing chapter 15 case commenced by certain joint provisional liquidators (the "***JPLs***") seeking recognition of certain British

---

[1] Capitalized terms used and not defined herein have the meanings ascribed to them in the October 5 Order (as defined below).



Hon. David S. Jones
May 18, 2021

Virgin Island proceedings (the "**BVI Proceedings**") in respect of Debtor OAS Finance Limited under case number 15-11304 (SMB) (the "**JPL Chapter 15 Case**"), Mr. Barreto would determine if any further relief were required from this Court and make any necessary applications in that regard at that time. On August 28, 2020, the JPLs requested that the Court dismiss the JPL Chapter 15 Case and, on August 31, 2020, the Court dismissed the JPL Chapter 15 Case.

White & Case has been informed by Mr. Barreto that the Brazilian Bankruptcy Court entered a decision closing the Brazilian Bankruptcy Proceedings on March 3, 2020 (the "**Brazilian Closing Decision**"). We understand that certain creditors subsequently appealed the Brazilian Closing Decision. Although these appeals were denied on December 15, 2020, we understand that one of the appellants has since filed a motion for clarification that the Brazilian appellate court has not yet resolved. Notwithstanding that certain creditors continue to have appellate rights related to the closing of the Brazilian Bankruptcy Proceedings, Mr. Barreto has notified us that he does not intend to seek further relief from this Court. Mr. Barreto has also informed us that he consents to the closing of the Chapter 15 Cases and that he does not request a status conference.

White & Case shared this letter in draft form with all known parties in interest, counsel for whom are copied to this correspondence. Each party either confirmed that they have no objection to the closing of the Chapter 15 Cases or did not respond. If the Court has any further questions or would like to speak to White & Case or Mr. Barreto, please do let us know.

Respectfully Submitted,


**John K. Cunningham**
Partner

**T** +(305)-995-5252
**E** jcunningham@whitecase.com


cc:     Allan Brilliant, Esq., Counsel to Aurelius Capital Management
        Matthew Ziegler, Esq., Counsel to the Ad Hoc Group of Bondholders
        Andrew Rosenblatt, Esq., Counsel to the JPLs
        John Ashmead, Esq., Counsel to Wilmington Savings Fund Society FSB

2