**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>    LEHMAN BROTHERS INC.,<br><br>                                    Debtor. | Case No. 08-01420 (SCC) SIPA<br><br>Ref. Docket No. 11851 |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 28, 2015, I caused to be served the "Trustee's Omnibus Reply to Certain Responses to the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims)," dated April 28, 2015 [Docket No. 11851],by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Christina Siguenza*
                                                                                    Christina Siguenza

Sworn to before me this
28th day of April, 2015
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

T:\Clients\LBI\Affidavits\Omni Reply 256th Omni_DI 11851_AFF_4-28-15_KH.doc

# EXHIBIT A

Lehman Brothers Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adoberman@profunds.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@sugarfgh.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alicia.chang@davispolk.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermandevalerio.com
aostrow@beckerglynn.com
apo@stevenslee.com
appleby@chapman.com
aquale@sidley.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
aromney@zeislaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
athaler@athalerlaw.com
aunger@sidley.com
austin.bankruptcy@publicans.com
az@smzzllp.com
azylberberg@whitecase.com

bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcylegal@level3.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
bmorag@cgsh.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bspector@jsslaw.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cave@hugheshubbard.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
cgonzalez@diazreus.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@hoganlovells.com
chris.donoho@hoganlovells.com
clynch@reedsmith.com
cmontgomery@salans.com
cmtb_lc11@chuomitsui.jp
cohenr@sewkis.com
condzalesq@msn.com
cp@stevenslee.com
cpappas@dilworthlaw.com

Lehman Brothers Inc. Email Service List

| | |
|---|---|
| cprice@chapman.com | dlemay@chadbourne.com |
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| cs@stevenslee.com | dludman@brownconnery.com |
| csalomon@beckerglynn.com | dmark@kasowitz.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmurray@jenner.com |
| cshulman@sheppardmullin.com | dneier@winston.com |
| ctatelbaum@hinshawlaw.com | dnolan@andersonkill.com |
| cwalsh@mayerbrown.com | dodonnell@milbank.com |
| cwalsh@mayerbrown.com | dravin@wolffsamson.com |
| cward@polsinelli.com | drose@pryorcashman.com |
| cweiss@ingramllp.com | drosenzweig@fulbright.com |
| dallas.bankruptcy@publicans.com | drosner@goulstonstorrs.com |
| daniel.guyder@allenovery.com | drosner@kasowitz.com |
| dave.davis@isgria.com | dshemano@pwkllp.com |
| david.bennett@tklaw.com | dspelfogel@foley.com |
| david.heller@lw.com | dswan@mcguirewoods.com |
| david.turetsky@skadden.com | dtatge@ebglaw.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | easmith@venable.com |
| dbaumstein@whitecase.com | echang@steinlubin.com |
| dbesikof@loeb.com | echew@foxrothschild.com |
| dcameron@stradley.com | ecohen@russell.com |
| dcimo@gjb-law.com | efile@willaw.com |
| dcoffino@cov.com | efleck@milbank.com |
| dcoffino@cov.com | efriedman@friedumspring.com |
| dcrapo@gibbonslaw.com | egeekie@schiffhardin.com |
| ddavis@paulweiss.com | eglas@mccarter.com |
| ddrebsky@nixonpeabody.com | ehret-vanhorn@mbaum.com |
| ddunne@milbank.com | ekbergc@lanepowell.com |
| deggermann@kramerlevin.com | eli.mattioli@klgates.com |
| deggert@freebornpeters.com | ellen.halstead@cwt.com |
| demetra.liggins@tklaw.com | emcguinn@elotinc.net |
| dfelder@orrick.com | eobrien@sbchlaw.com |
| dflanigan@polsinelli.com | eric.johnson@hro.com |
| dgrimes@reedsmith.com | eschaffer@reedsmith.com |
| dhayes@mcguirewoods.com | eschwartz@contrariancapital.com |
| dheffer@foley.com | ethan@ethanbrecherlaw.com |
| diconzam@gtlaw.com | evelyn.martinez@invesco.com |
| dimassa@duanemorris.com | evelyn.rodriguez@dlapiper.com |
| dirk.roberts@ots.treas.gov | ezujkowski@emmetmarvin.com |
| djoseph@stradley.com | ezweig@optonline.net |
| dkleiner@velaw.com | farrington.yates@dentons.com |
| dkozusko@willkie.com | fbp@ppgms.com |
| dladdin@agg.com | ffm@bostonbusinesslaw.com |

Lehman Brothers Inc. Email Service List

fhyman@mayerbrown.com
fishere@butzel.com
fjacobson@sonnenschein.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george_kielman@freddiemac.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gpratt@joneswaldo.com
gravert@mwe.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hestioko@ffwplaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hou-legallitigationteam@amvescap.net
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
igoldstein@proskauer.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.greene@hoganlovells.com
ira.herman@tklaw.com
iva.uroic@dechert.com
j.zelloe@stahlzelloe.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
james.warnot@linklaters.com
jamestecce@quinnemanuel.com
jar@outtengolden.com

jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchristian@tobinlaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jgold@andersonkill.com
jguy@orrick.com
jharbour@hunton.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhorwitt@zeislaw.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@ktmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitan@proskauer.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@proskauer.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com

Lehman Brothers Inc. Email Service List

jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
joli@crlpc.com
jonathan.hoff@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsher@shertremonte.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jteitelbaum@tblawllp.com
jthoman@hodgsonruss.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jweisser@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwishnew@mofo.com
jyenzer@haincapital.com
jzawadzki@hahnhessen.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kcaputo@sipc.org
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com

kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kowens68@yahoo.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lml@ppgms.com
loizides@loizides.com
louis.solomon@cwt.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lsilverstein@potteranderson.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
masaki_konishi@noandt.com
matt@willaw.com
matthew.dyer@prommis.com

4

Lehman Brothers Inc. Email Service List

matthew.klepper@dlapiper.com
maurice.horwitz@weil.com
mbeeler@cov.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarney@mckoolsmith.com
mcarthurk@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.frege@cms-hs.com
michele@willaw.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mjwilliams@gibsondunn.com
mking@gibsondunn.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mmagzamen@stroock.com
mmendez@hunton.com
mmervis@proskauer.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpower@hahnhessen.com
mprimoff@kayescholer.com
mpucillo@bermandevalerio.com
mrosenthal@gibsondunn.com
mruetzel@frankfurt.whitecase.com
mruetzel@whitecase.com

mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msilberstein@dealysilberstein.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nasreen.bulos@dubaiic.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nrosenbaum@mofo.com
nyrobankruptcy@sec.gov
oipress@travelers.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pconnorton@cohengresser.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter@bankrupt.com
phayden@mcguirewoods.com
pkizel@lowenstein.com
pmaxcy@sonnenschein.com
ppartee@hunton.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@bingham.com
raj11@optonline.net
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rdaversa@orrick.com
relgidely@gjb-law.com

Lehman Brothers Inc. Email Service List

rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
rhorkovich@andersonkill.com
rhs@mccallaraymer.com
richard.lear@hklaw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjjs@smzzllp.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rmcneill@potteranderson.com
rnies@wolffsamson.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.hirsh@arentfox.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@hoganlovells.com
robin.keller@lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwyron@orrick.com
rziegler@mayerbrown.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sam.alberts@snrdenton.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sarah.campbell@cliffordchance.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com

schiffer@trilc.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
splatzer@platzerlaw.com
sree@lcbf.com
sscott@jaspanllp.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
sthomson@cohengresser.com
streusand@streusandlandon.com
stumbiolo@cravath.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tgoren@mofo.com
thomas.califano@dlapiper.com

Lehman Brothers Inc. Email Service List

thomas_noguerola@calpers.ca.gov
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tjmckenna@gaineyandmckenna.com
tkarcher@proskauer.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com

wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wjd@dealysilberstein.com
wmarcari@ebglaw.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermandevalerio.com
yamashiro@sumitomotrust.co.jp
zrosenbaum@lowenstein.com

**Additional Emails**
awasserman@lockelord.com
dana.hefter@lockelord.com

**EXHIBIT B**

Lehman Brothers Inc. Overnight Service List

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

FRANCHISE TAX BOARD
BE BANKRUPTCY MS A345
PO BOX 2952
SACRAMENTO, CA. 95812-2952

ALLEN C. WASSERMAN
PARTNER
LOCKE LORD LLP
3 WFC 20TH FLOOR
NEW YORK, NEW YORK 10281

DANA G. HEFTER
LOCKE LORD LLP
750 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022